**EXHIBIT 2:** INFRINGEMENT

URL: https://nyvtmedia.com/2021/07/07/northeast-creatures-with-paul-bartholomew/





